**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN YAN LUIS, on behalf of himself and all
others similarly situated,

                                Plaintiffs,

                    -against-

RAYMOURS FURNITURE COMPANY,

                                Defendant.

Docket No: 1:22-cv-01879-JMF

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff KEVIN YAN LUIS, by and through counsel, to provide notice to the

Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    Dated:    Queens, New York
              April 12, 2022

                            Respectfully Submitted,

                            **/s/ Noor A. Saab_____**
                    By:    Noor A. Saab Esq.
                            380 North Broadway, Suite 300
                            Jericho, New York 11753
                            Tel (718)740-5060
                            Fax (718)709-5912

1