UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself
and all others similarly situated,

           Plaintiffs,
-against-

RAYMOURS FURNITURE COMPANY, INC.
           Defendant.

22-CV-1879

Case No. ~~1:20-cv-1879-JMF~~

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Jericho, New York
          May 24, 2022

Respectfully Submitted,

**/s/ Noor A. Saab**
By:   Noor A. Saab Esq.
      380 North Broadway, Suite 300
      Jericho, New York 11753
      Tel (718)740-5060
      Fax (718)709-5912
      *Attorney for Plaintiff*

SO ORDERED.

*[signature]*

May 25, 2022